No. 15, original. TEXAS *v.* NEW MEXICO ET AL. April 6, 1936. The answers of the defendants are received and ordered to be filed. The motion to make additional parties defendant is denied.

No. 168. MICHALEK *v.* UNITED STATES GYPSUM CO.

April 13, 1936. *Per Curiam:* The petition for writ of certiorari is granted. The judgment is reversed with respect to the fifth cause of action with directions to remand the case to the District Court for further proceedings. *Schmidt* v. *Merchants Despatch Transportation Co.,* 270 N. Y. 287. *Mr. William L. Clay* for petitioner. *Mr. E. Willoughby Middleton* for respondent.

No. —, original. EX PARTE O'TOOLE. April 13, 1936. The motion for leave to file petition for writ of habeas corpus is denied. *Mr. Arthur O'Toole, pro se.*

No. 772. MORF *v.* BINGAMAN, COMMISSIONER. April 13, 1936. The motion to join in the appeal is granted.